## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

NANCY DRABANT                                                                                           PLAINTIFF

vs.                                      NO. 4:07CV00486 JLH

INTERNATIONAL BUSINESS
MACHINES CORPORATION                                                             DEFENDANT

### ORDER OF DISMISSAL

Having been notified by counsel for plaintiff that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 30th day of November, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE